**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6830

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DUAN A. SOMERS,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:00-cr-00360-TSE-4)

Submitted:  August 26, 2010        Decided:  September 7, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Duan A. Somers, Appellant Pro Se. Michelle C. Brice, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duan A. Somers appeals the district court's order denying reconsideration of its previous order granting Somers' 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. The district court's order reducing Somers' sentence was entered on March 20, 2008. In August 2008, Somers filed a motion for reconsideration of that order, that the district court denied. As the district court lacked the authority to grant reconsideration of its previous order, United States v. Goodwyn, 596 F.3d 233 (4th Cir. 2010), cert. denied, 2010 WL 2151021 (U.S. June 28, 2010), we affirm the district court's order denying reconsideration. We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED